IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRIAN FRANK GUERRY, | ) | 8:15CV323 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| SCOTT FRAKES, BRIAN GAGE, | ) | |
| KEITH BROADFOOT, R HOLLY, | ) | |
| GUIFFE, THOMPSON, and | ) | |
| NEBRASKA DEPARTMENT OF | ) | |
| CORRECTIONS AGENCY, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff has filed a motion (Filing No. 34) requesting that the court reconsider its Memorandum and Order dated September 16, 2016. (Filing No. 33.) Specifically, Plaintiff requests that the court reinstate the state law claims which were dismissed by the court.

Plaintiff has not identified any grounds warranting reconsideration of the September 16, 2016 Memorandum and Order.

Accordingly,

IT IS ORDERED that Plaintiff's Motion for Reconsideration (Filing No. 34) is denied.

DATED this 18th day of October, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge